# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

S.B., et al

                            15-1499

                        District Court Docket Number

    vs.

KinderCare Learning Centers, LLC

Notice of Appeal Filed 7/17/15
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal _____ Paid __x_ Not Paid _____ Seaman
    Docket Fee         _____ Paid __x_ Not Paid _____ USA/VI

CJA Appointment (Attach Copy of Order)

_____ Private Attorney
_____ Defender Association or Federal Public Defender
_____ Motion Pending


Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

_____ Motion Granted
_____ Motion Denied
_____ Motion pending before district judge


Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

_____ Granted
_____ Denied
_____ Pending



Defendant's Address (for criminal appeals)




Prepared by: <u>s/ Gregg Swierczynski</u>
                        Gregg Swierczynski/July 17, 2015
                           Deputy Clerk/Signature/Date


PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm